

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00393-CV

**IN THE INTEREST OF A.S.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-PA-00234
Honorable Raul Perales, Judge Presiding

In accordance with this court's opinion, the appellant's motion to dismiss appeal filed on August 27, 2025, is **GRANTED**, and this appeal is **DISMISSED**.

The Department is exempt from court costs and appellees are indigent. *See* Tex. Hum. Res. Code § 40.062. Accordingly, all costs of appeal are assessed against the incurring party.

SIGNED September 24, 2025.

_____
Velia J. Meza, Justice